JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Robert Montenegro,<br><br>        Plaintiff,<br><br>vs.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:13-cv-00121-GAF-VBK<br><br>[~~PROPOSED~~] **ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 9/6/13   _____

Judge: Gary Allen Feess